| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF BUNCOMBE<br><br>JOHN CATURANO,<br><br>            Plaintiff,<br><br>v.<br><br>ARMCHEM INTERNATIONAL CORP.,<br><br>           Defendant. | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>CASE NO.: 20 CVS 01793<br><br><br><br>**NOTICE OF FILING**<br>**NOTICE OF REMOVAL** |

NOW COMES, the Defendant, Armchem International Corp., by and through the undersigned counsel, and hereby gives notice to all parties that Defendant has removed this action to the United States District Court for the Western District of North Carolina by filing a Notice of Removal. A copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted this 6th day of July, 2020.

           **VAN WINKLE, BUCK, WALL, STARNES**
           **AND DAVIS, P.A.**

           _/s/ Stephen B. Williamson_
           Stephen B. Williamson, NC Bar #20203
           swilliamson@vwlawfirm.com
           11 North Market Street
           Asheville, North Carolina 28801
           Ph:  (828) 258-2991
           Fx:  (828) 257-2767
           *Attorneys for Defendant Armchem International Corp.*



EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this 6th day of July, 2020 served the foregoing Notice of Filing Notice of Removal in the above-entitled action upon all other parties to this cause by depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

John M. Moye
Barnes & Thornburg LLP
3475 Piedmont Road NE, Suite 1700
Atlanta, Georgia 30305-3327

/s/ Stephen B. Williamson<br>
Stephen B. Williamson