IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISON
File No. 1:20cv00173-MOC-DCK

| | |
|---|---|
| JOHN CATURANO,<br><br>              Plaintiff,<br>v.<br><br>ARMCHEM INTERNATIONAL CORP.,<br><br>              Defendant. | **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Armchem International Corp. who is a Defendant makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          ( x ) No

2. Does party have any parent corporations?

    ( ) Yes          ( x ) No

    If yes, identify all parent corporations, including grandparent and great grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?     ( ) Yes          ( x ) No
    If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes          ( x ) No

    If yes, identify entity and nature of interest: _____

THIS the 7th day of July, 2020.

                         */s/ Stephen B. Williamson*
                         Stephen B. Williamson, NC State Bar #20203
                         Email: swilliamson@vwlawfirm.com
                         Attorney for Armchem International Corp.
                         Van Winkle, Buck, Wall, Starnes & Davis, P.A.
                         11 N. Market St., Asheville, NC 28801
                         Telephone: (828) 258-2991
                         Facsimile: (828) 255-0255

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                         */s/ Stephen B. Williamson*
                         Stephen B. Williamson