IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JOHN CATURANO, <br><br> Plaintiff, <br><br> v. <br><br> ARMCHEM INTERNATIONAL CORP., <br><br> Defendant. | Civil Action No. <br> 1:20-cv-00173-MOC-DCK |

### PLAINTIFF/COUNTERCLAIM-DEFENDANT JOHN CATURANO'S MOTION TO STAY DISCOVERY AND RULE 26 OBLIGATIONS

COMES NOW Plaintiff/Counterclaim-Defendant John Caturano ("Caturano") and, pursuant to Federal Rule of Civil Procedure 26, moves this Court to stay discovery and all applicable Rule 26 obligations until the Court has ruled on Defendant/Counterclaim-Plaintiff Armchem International Corporation's ("Armchem") Motion to Transfer this action to the Southern District of Florida and/or Caturano's Motion to Dismiss Armchem's counterclaims, which are both currently pending before the Court and are ripe for disposition. In support of this motion, Caturano relies on its contemporaneously-filed Memorandum of Law in support of this Motion. For the reasons contained therein, Caturano respectfully requests that the Court grant this motion to stay.

Respectfully submitted this the 2nd day of October, 2020.

/s/ *John M. Moye*
John M. Moye (NC State Bar 35463)
BARNES & THORNBURG LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305
Telephone: (404) 264-4006
Facsimile: (404) 264-4033
E-mail: jmoye@btlaw.com

*Counsel for Plaintiff- Counterclaim Defendant John Caturano*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 2nd day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Stephen B. Williamson
Jonathan H. Dunlap
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
P.O. Box 7376
Asheville, North Carolina 28802
swilliamson@vwlawfirm.com
jdunlap@vwlawfirm.com

*Counsel for Defendant*

/s/ *John M. Moye*
John M. Moye (NC State Bar 35463)
BARNES & THORNBURG LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305
Telephone: (404) 264-4006
Facsimile: (404) 264-4033
E-mail: jmoye@btlaw.com

*Counsel for Plaintiff- Counterclaim Defendant John Caturano*