## Jonathan Dunlap

| | |
|---|---|
| **From:** | Moye, John <JMoye@btlaw.com> |
| **Sent:** | Thursday, September 17, 2020 1:52 PM |
| **To:** | Farrah Patterson |
| **Cc:** | Jonathan Dunlap |
| **Subject:** | RE: Caturano v. Armchem International WDNC 1:10cv173 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks.  Jonathan, I will agree to accept service of the subpoena on Momar's behalf—and thereby allow you to forgo the cost and effort of serving Momar with this.

Let me know.  Thanks.

**John M. Moye** | Partner

Barnes & Thornburg LLP

Prominence in Buckhead, 3475 Piedmont Road N.E., Suite 1700, Atlanta, GA 30305-3327

Direct: (404) 264-4006 | Mobile: (919) 802-4436 | Fax: (404) 264-4033



Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.

---

**From:** Farrah Patterson <fpatterson@vwlawfirm.com>
**Sent:** Wednesday, September 16, 2020 2:05 PM
**To:** Moye, John <JMoye@btlaw.com>
**Cc:** Jonathan Dunlap <JDunlap@vwlawfirm.com>
**Subject:** [EXTERNAL]Caturano v. Armchem International WDNC 1:10cv173

Attached please find correspondence from Attorney Jonathan Dunlap in the above referenced matter.  A hard copy will follow via US Mail.  Thank you.

Farrah Patterson
Legal Assistant to Jonathan H. Dunlap
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
828-771-2529 (tel)
828-258-2991 (main)
828-255-0255 (fax)
fpatterson@vwlawfirm.com

To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. Federal tax advice contained in this email, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties imposed by the Internal Revenue Service.

1

This electronic transmission contains information from the law firm of Van Winkle, Buck, Wall, Starnes and Davis, P.A., that may be confidential or privileged. The information is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you received this transmission in error, please notify us immediately by telephone (828-258-2991) or by email (info@vwlawfirm.com). Thank you for your cooperation.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```