

Writer's Direct Dial: 828-771-2535
Writer's Email: jdunlap@vwlawfirm.com

September 16, 2020

**VIA EMAIL and US MAIL**
John M. Moye
Barnes & Thornburg, LLP
3475 Piedmont Road NE, Suite 1700
Atlanta, Georgia 30305-3327

Re:  John Caturano v. Armchem International Corp.
     WDNC 1:20cv173

Dear Mr. Moye:

Enclosed please find a courtesy copy of a subpoena we will be serving on Momar Incorporated in the above referenced matter. In compliance of LR 45.2, we are providing you with copy at least three (3) days before we serve the subpoena. Thank you.

Sincerely,

Jonathan H. Dunlap
*Enclosure*