UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62359-CIV-DIMITOULEAS

JOHN CATURANO,

    Plaintiff,

v.

ARMCHEM INTERNATIONAL CORP.,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Jonathan H. Dunlap and Stephen B. Williamson of the law firm of Van Winkle, Buck, Wall, Starnes and Davis, PA and, pursuant to LR 11.1(d)(3), respectfully moves this Court for an Order allowing them to withdraw as counsel for Defendant ARMCHEM INTERNATIONAL CORPORATION as follows:

1.    This matter was transferred to the United States District Court for the Southern District of Florida on or about October 14, 2020.

2.    Jonathan H. Dunlap and Stephen B. Williamson are not licensed to practice in the Southern District of Florida and are not members of the Southern District of Florida Bar.

3.    Attorney Oscar E. Soto of The Soto Law Group made his appearance on behalf of the Defendant on November 19, 2020 [Doc. 25]. The Soto Law Group's address is: 2400 E. Commercial Blvd., Suite 400, Fort Lauderdale, Florida 33308.

4.    ARMCHEM INTERNATIONAL CORPORATION has been advised of the relief requested herein and consents to it.

5.    Counsel of record for the Plaintiff has been advised of the relief requested herein and does not objection to it.

WHEREFORE, the undersigned hereby requests that the instant Motion be granted, allowing Mr. Dunlap and Mr. Williamson to withdrawal as counsel for Defendant ARMCHEM INTERNATIONAL CORPORATION, and that they be relieved of any further obligation with respect to this matter.

This the 4th day of December, 2020.

        VAN WINKLE, BUCK, WALL, STARNES AND DAVIS, P.A.

*/s/Stephen B. Williamson*
STEPHEN B. WILLIAMSON
N.C. Bar #20203
swilliamson@vwlawfirm.com
*/s/ Jonathan H. Dunlap*
JONATHAN H. DUNLAP
N.C. Bar #43584
jdunlap@vwlawfirm.com
Attorneys for Defendant-Counterclaim Plaintiff Armchem
Post Office Box 7376
Asheville, N.C.  28802
(828) 258-2991

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2020, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties as may be identified below, thereby notifying all parties of record.

By: *s/Oscar Soto, Esq.*
    Oscar E. Soto, Esq.
    Florida Bar No. 766038