UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-62359-WPD-LSS

JOHN CATURANO,

      Plaintiff,

v.

ARMCHEM INTERNATIONAL
CORPORATION,

      Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney, R. SCOTT MOORE, ESQ. of THE SOTO LAW GROUP, hereby gives notice of his appearance in this action as counsel for Defendant, ARMCHEM INTERNATIONAL CORPORATION.

All parties shall take notice that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be furnished to undersigned counsel at the address listed below.

Dated: February 25, 2021.

By: /s/ R. Scott Moore
      R. Scott Moore, Esq.
      Florida Bar No. 1018919
      SOTO LAW GROUP, P.A.
      *Attorneys for Defendant, ARMCHEM INTERNATIONAL CORPORATION.*
      2400 E. Commercial Blvd., Suite 400
      Fort Lauderdale, FL 33308
      Telephone: (954) 567-1776
      Email(s):    oscar@sotolawgroup.com
                 scott@sotolawgroup.com
                 rebecca@sotolawgroup.com
                 eservice@sotolawgroup.com

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2021, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties as may be identified below, thereby notifying all parties of record.

By: */s/ R. Scott Moore*
R. Scott Moore, Esq.
Florida Bar No. 1018919