## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JOHN CATURANO,

                              Plaintiff,                    Case No. 0:20-cv-62359

          v.

ARMCHEM INTERNATIONAL CORP.,

                              Defendant.

### <u>JOINT RESPONSE TO ORDER TO SHOW CAUSE [DE 41]</u>

Plaintiff/Counter-Defendant, John Caturano ("Caturano" and/or "Plaintiff"), and Defendant/Counter-Plaintiff, Armchem International Corp. ("Armchem" and/or "Defendant") and through their undersigned counsel, hereby files this Joint Response to Order to Show Cause dated February 24, 2021 [DE 41], and state as follows:

1.     Pursuant to Local Rules, on December 15, 2020, counsel for the parties conferred regarding multiple issues, including the selection of acceptable mediators. After exchanging proposed mediators, on December 22, 2020, counsel narrowed the list of acceptable mediators to John Freud and Brian Spector.

2.     On December 28, 2020, this Court entered its Order Setting Trial Date & Discovery Deadlines, Referring the Case to Mediation & Referring Discovery Motions to United States Magistrate Judge ("Trial Order")[DE 35], requiring the parties to agree on mediators and to also file a notice of such agreement with the Clerk. Although the parties had already agreed on potential mediators, counsel inadvertently neglected to file a notice advising the Clerk of that agreement.

3.     Plaintiff's undersigned counsel acknowledges that the responsibility to ensure that the notice was filed fell on him, and apologizes for overlooking that filing requirement.

4.     Concurrently with filing this response, the parties have filed a Joint Notice of

Selection of Mediator.  Efforts are underway to schedule mediation in compliance with the Trial

Order's mediation deadline.

     5.      In light of the foregoing, the parties request that the Court permit the parties to use

a mediator of their joint choosing rather than randomly selecting a mediator.

| | |
|---|---|
| SAUL EWING ARNSTEIN<br>& LEHR LLP<br>Counsel for Plaintiff<br>515 N. Flagler Drive<br>Suite 1400<br>West Palm Beach, FL 33401 | THE SOTO LAW GROUP<br>Counsel for Defendant<br>2400 E. Commercial Blvd.<br>Suite 400<br>Ft. Lauderdale, FL 33308 |
| /s/ John A. Turner<br>John A. Turner<br>Florida Bar No. 000922 | /s/ Oscar E. Soto<br>Oscar E. Soto, Esq.<br>Florida Bar No. 766038 |

## CERTIFICATE OF SERVICE

     I hereby certify that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     Respectfully Submitted,

     /s/ John A. Turner
     SAUL EWING ARNSTEIN & LEHR LLP
     515 N. Flagler Drive
     Suite 1400
     West Palm Beach, FL 33401
     Florida Bar No. 000922
     John.turner@saul.com
     Linda.dunne@saul.com
     Wpb-ctdocs@saul.com
     Andrew E. Bollinger, Esq. (admitted pro hac vice)
     SAUL EWING ARNSTEIN & LEHR LLP
     161 North Clark, Suite 4200, Chicago, IL