**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN CATURANO,<br><br>      Plaintiff,<br><br>v.<br><br>ARMCHEM INTERNATIONAL CORP.,<br><br>      Defendant. | Case No. 0:20-cv-62359 |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to the Court's order dated December 28, 2020 (DE 35), Plaintiff/Counterclaim-Defendant, John Caturano, and Defendant/Counterclaimant, Armchem International Corp., by and through their undersigned counsel, hereby notifies the Court that the parties have selected the following mediators for this matter:

1. John S. Freud

    P.O. Box 1986

    Miami, FL 33233

    (305) 725-0827

    jfreud@msolinc.net

2. Brian F. Spector

    13551 S.W. 57th Court

    Miami, Florida 33156

    (305) 666-1664

    brian@bspector.com

| | |
|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>Counsel for Plaintiff<br>515 N. Flagler Drive<br>Suite 1400<br>West Palm Beach, FL 33401 | THE SOTO LAW GROUP<br>Counsel for Defendant<br>2400 E. Commercial Blvd.<br>Suite 400<br>Ft. Lauderdale, FL 33308 |
| /s/ John A. Turner<br>John A. Turner<br>Florida Bar No. 000922 | /s/ Oscar E. Soto<br>Oscar E. Soto, Esq.<br>Florida Bar No. 766038 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

/*s/ John A. Turner*
SAUL EWING ARNSTEIN & LEHR LLP
515 N. Flagler Drive
Suite 1400
West Palm Beach, FL 33401
Florida Bar No. 000922
John.turner@saul.com
Linda.dunne@saul.com
Wpb-ctdocs@saul.com

Andrew E. Bollinger, Esq. (admitted pro hac vice)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark, Suite 4200, Chicago, IL